SCHEDULE B

# Parties

**Darren Duncan**
Individually and on behalf of all others
similarly situated

*Added: 06/09/2021*
*(Plaintiff)*

represented
by

**Derek Y. Brandt**
MCCUNE WRIGHT LLP -
Edwardsville
231 North Main Street
Suite 20
Edwardsville, IL 62025
618-307-6116
DYB@mccunewright.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Connor P. Lemire**
MCCUNE WRIGHT LLP -
Edwardsville
231 North Main Street
Suite 20
Edwardsville, IL 62025
618-307-6116
618-307-6161 (fax)
cpl@mccunewright.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Leigh M. Perica
MCCUNE WRIGHT LLP -
Edwardsville
231 North Main Street
Suite 20
Edwardsville, IL 62025
618-307-6116
618-307-6161 (fax)
lmp@mccunewright.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jones Planting Co. III**
On behalf of itself and all others similarly
situated

*Added: 06/10/2021*
*(Plaintiff)*

represented
by

Jonathan Scott Crevier
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
212-907-0700
jcrevier@labaton.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Karin Elizabeth Garvey
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
212-907-0700
kgarvey@labaton.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Randall P. Ewing, Jr.
KOREIN AND TILLERY LLC - St
Louis
505 North 7th Street
Suite 3600
St. Louis, MO 63101
314-241-4844
314-241-3525 (fax)
rewing@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F. Barrett**
BARRETT AND ASSOCIATES PA
6518 Highway 100
Suite 210
Nashville, TN 37205
615-515-3393
615-515-3395 (fax)
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Lex**
*Added: 06/10/2021*
*(Plaintiff)*

represented
by

**Brian D. Clark**
LOCKRIDGE GRINDAL PLLP
100 Washington Ave. S.
Suite 2200
Minneapolis, MN 55401
612-339-6900
612-339-0981 (fax)
bdclark@locklaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Peterson**
LOCKRIDGE GRINDAL PLLP
100 Washington Ave. S.
Suite 2200
Minneapolis, MN 55401
612-339-6900
612-339-0981 (fax)
rapeterson@locklaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K. Shelquist**
LOCKRIDGE GRINDAL PLLP
100 Washington Ave. S.
Suite 2200
Minneapolis, MN 55401
612-339-6900
619-339-0981 (fax)
rkshelquist@locklaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie A. Chen**
LOCKRIDGE GRINDAL PLLP
100 Washington Ave. S.
Suite 2200
Minneapolis, MN 55401
612-339-6900
612-339-0981 (fax)
sachen@locklaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**W. Joseph Bruckner**
LOCKRIDGE GRINDAL PLLP
100 Washington Ave. S.
Suite 2200
Minneapolis, MN 55401
612-339-6900
612-339-0981 (fax)
wjbruckner@locklaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Jamie L. Boyer**
KOREIN AND TILLERY LLC - St
Louis
505 North 7th Street
Suite 3600
St. Louis, MO 63101
314-241-4844
314-241-3525 (fax)
jboyer@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Randall P. Ewing, Jr.**
KOREIN AND TILLERY LLC - St
Louis
505 North 7th Street
Suite 3600
St. Louis, MO 63101
314-241-4844
314-241-3525 (fax)
rewing@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert L. King**
KOREIN AND TILLERY LLC - St
Louis
505 North 7th Street
Suite 3600
St. Louis, MO 63101
314-241-4844
314-241-3525 (fax)
rking@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Swanson**
individually and on behalf of all others
similarly situated

*Added: 06/10/2021*
*(Plaintiff)*

represented
by

**Robert A. Clifford**
CLIFFORD LAW OFFICES PC
120 North LaSalle Street
31st Floor
Suite 3100
Chicago, IL 60602
312-899-9090
314-251-1160 (fax)
rac@cliffordlaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon M McNulty**
CLIFFORD LAW OFFICES PC
120 North LaSalle Street
31st Floor
Suite 3100
Chicago, IL 60602
312-899-9090
312-251-1160 (fax)
smm@cliffordlaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marco Cercone**
RUPP AND BAASE LLC
424 Main Street
Buffalo, NY 14202
716-854-3400
cercone@ruppbaase.com
*Assigned: 06/10/2021*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall P. Ewing, Jr.**
KOREIN AND TILLERY LLC - St
Louis
505 North 7th Street
Suite 3600
St. Louis, MO 63101
314-241-4844
314-241-3525 (fax)
rewing@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
COHEN AND MILSTEIN
825 Third Avenue
30th Floor
New York, NY 10022
212-838-7797
212-838-7745 (fax)
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Vienna Eqho Farms**<br>*Added: 06/10/2021*<br>*(Plaintiff)* | represented<br>by | **Sterling Starns**<br>BARRETT LAW GROUP PA<br>404 Court Square North<br>P.O. Box 927<br>Lexington, MS 39095<br>662-834-2488<br>662-834-2628 (fax)<br>sstarns@barrettlawgroup.com<br>*Assigned: 06/10/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**John W. Barrett**
BARRETT LAW GROUP PA
404 Court Square North
P.O. Box 927
Lexington, MS 39095
662-834-2376
662-834-2628 (fax)
dbarrett@barrettlawoffice.com
*Assigned: 06/22/2021*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Barrett Riley**
BARRETT LAW GROUP PA
404 Court Square North
P.O. Box 927
Lexington, MS 39095
662-834-2488
662-834-2628 (fax)
kbriley@barrettlawgroup.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan W. Cuneo**
CUNEO AND GILBERT LLP - DC
4725 Wisconsin Avenue NW
Suite 200
Washington, DC 20016
202-789-3960
202-789-1813 (fax)
jonc@cuneolaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria R. Sims**
CUNEO AND GILBERT LLP - DC
4725 Wisconsin Avenue NW
Suite 200
Washington, DC 20016
202-789-3960
202-789-1813 (fax)
vicky@cuneolaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Melinda Budde**<br>on behalf of herself and all others similarly situated<br><br>*Added: 06/10/2021*<br>*(Plaintiff)* | represented by | **Gregory M. Bentz**<br>SHARP LAW LLP<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>816-421-3355<br>816-374-0509 (fax)<br>GBentz@midwest-law.com<br>*Assigned: 06/10/2021* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rex A. Sharp**
SHARP LAW LLP
4820 W. 75th Street
Prairie Village, KS 66208
913-901-0500 fax
913-901-0419 (fax)
RSharp@midwest-law.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac L. Diel**
SHARP LAW LLP
4820 W. 75th Street
Prairie Village, KS 66208
913-661-9931
913-901-0419 (fax)
idiel@midwest-law.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Anne French-Hodson**
SHARP LAW LLP
4820 W. 75th Street
Prairie Village, KS 66208
913-901-0505
913-901-0419 (fax)
rafrenchhodson@midwest-law.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randi Handwerk**
on behalf of himself individually and all
others similarly situated

*Added: 06/10/2021*
*(Plaintiff)*

represented
by

**Daniel E. Gustafson**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
dgustafson@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J Nordin**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
dnordin@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle J Looby**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
mlooby@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mickey L Stevens**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
mstevens@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank T. Davis, Jr**
FREEDMAN AND BOYD PA
20 First Plaza NW
Suite 700
Albuquerque, NM 87102
505-842-9960
505-842-0761 (fax)
ftd@fbdlaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh B Ewing**
FREEDMAN AND BOYD PA
20 First Plaza NW
Suite 700
Albuquerque, NM 87102
503-927-5151
505-944-8060 (fax)
jbe@fbdlaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Joseph Goldberg**
FREEDMAN AND BOYD PA
20 First Plaza NW
Suite 700
Albuquerque, NM 87102
505-842-9960
jg@fbdlaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Anne T Regan**
HELLMUTH AND JOHNSON PLLC
8050 W. 78th St.
Edina, MN 55439
952-941-4005
aregan@hjlawfirm.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Nathan D Prosser**
HELLMUTH AND JOHNSON PLLC
8050 W. 78th St.
Edina, MN 55439
952-941-4005
952-941-2337 (fax)
nprosser@hjlawfirm.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Adam J. Zapala**
COTCHETT PITRE LLP

840 Malcolm Rd.
Suite 200
Burlingame, CA 94010
650-697-6000
650-697-0577 (fax)
azapala@cpmlegal.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Elizabeth Tran Castillo**
COTCHETT PITRE LLP
840 Malcolm Rd.
Suite 200
Burlingame, CA 94010
650-697-6000
650-697-0577 (fax)
ecastillo@cpmlegal.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**James Gerard Beebe Dallal**
COTCHETT PITRE LLP
840 Malcolm Rd.
Suite 200
Burlingame, CA 94010
650-697-6000
jdallal@cpmlegal.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Karin Swope**
COTCHETT PITRE LLP
840 Malcolm Rd.
Suite 200
Burlingame, CA 94010
206-778-2123
kswope@kellerrohrback.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Reid Wilson Wayman Gaa**
COTCHETT PITRE LLP
840 Malcolm Rd.
Suite 200

Burlingame, CA 94010
650-697-6000
650-697-0577 (fax)
rgaa@cpmlegal.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Vehrenkamp**
*Added: 06/10/2021*
*(Plaintiff)*

represented by

**Daniel E. Gustafson**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
dgustafson@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J Nordin**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
dnordin@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle J Looby**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
mlooby@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Pic**
*Added: 06/10/2021*
*(Plaintiff)*

represented by

**Daniel E. Gustafson**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600

Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
dgustafson@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J Nordin**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
dnordin@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle J Looby**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
mlooby@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Dan Flaten**<br>on behalf of himself individually and all others similarly situated<br><br>*Added: 06/10/2021*<br>*(Plaintiff)* | represented by | **Daniel E. Gustafson**<br>GUSTAFSON GLUEK PLLC<br>120 South 6th St.<br>Suite 2600<br>Minneapolis, MN 55402<br>612-333-8844<br>612-339-6622 (fax)<br>dgustafson@gustafsongluek.com<br>*Assigned: 06/10/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Daniel C. Hedlund**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600

Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
dhedlund@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J Nordin**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
dnordin@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle J Looby**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
mlooby@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mickey L Stevens**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
mstevens@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Monroe Paul, III**
PAUL LLP
601 Walnut St.
Suite 300

Kansas City, MO 64106
816-984-8100
Rick@PaulLLP.com
*Assigned: 06/22/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Bros., Inc.**
on behalf of themselves and all others
similarly situated

*Added: 06/10/2021*
*(Plaintiff)*

represented
by

**Drew R. Ball**
BALL AND MCCANN PC
161 N. Clark Street
Suite 1600
Chicago, IL 60601
872-205-6556
872-204-0244 (fax)
drew@ballmccannlaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve McCann**
BALL AND MCCANN PC
161 N. Clark Street
Suite 1600
Chicago, IL 60601
872-205-6556
steve@ballmccannlaw.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne T Regan**
HELLMUTH AND JOHNSON PLLC
8050 W. 78th St.
Edina, MN 55439
952-941-4005
aregan@hjlawfirm.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R Cashman**
HELLMUTH AND JOHNSON PLLC
8050 W. 78th St.
Edina, MN 55439
952-941-4005
952-941-2337 (fax)
mcashman@hjlawfirm.com
*Assigned: 06/10/2021*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D Prosser**
HELLMUTH AND JOHNSON PLLC
8050 W. 78th St.
Edina, MN 55439
952-941-4005
952-941-2337 (fax)
nprosser@hjlawfirm.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
| **Michael J. Ryan**<br>on behalf of themselves and all others similarly situated<br><br>*Added: 06/10/2021*<br>*(Plaintiff)* | represented<br>by | **Drew R. Ball**<br>BALL AND MCCANN PC<br>161 N. Clark Street<br>Suite 1600<br>Chicago, IL 60601<br>872-205-6556<br>872-204-0244 (fax)<br>drew@ballmccannlaw.com<br>*Assigned: 06/10/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steve McCann**<br>BALL AND MCCANN PC<br>161 N. Clark Street<br>Suite 1600<br>Chicago, IL 60601<br>872-205-6556<br>steve@ballmccannlaw.com<br>*Assigned: 06/10/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anne T Regan**<br>HELLMUTH AND JOHNSON PLLC<br>8050 W. 78th St.<br>Edina, MN 55439<br>952-941-4005<br>aregan@hjlawfirm.com<br>*Assigned: 06/10/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Case: 4:21-md-02993-SEP   Doc. #:  6-1   Filed: 06/29/21   Page: 17 of 35 PageID #: 32

**Michael R Cashman**
HELLMUTH AND JOHNSON PLLC
8050 W. 78th St.
Edina, MN 55439
952-941-4005
952-941-2337 (fax)
mcashman@hjlawfirm.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leon Pfaff**
on behalf of himself individually and all
others similarly situated

*Added: 06/10/2021*
*(Plaintiff)*

represented
by

**Daniel E. Gustafson**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
dgustafson@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Hedlund**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
dhedlund@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J Nordin**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
dnordin@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle J Looby**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
mlooby@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Mickey L Stevens**
GUSTAFSON GLUEK PLLC
120 South 6th St.
Suite 2600
Minneapolis, MN 55402
612-333-8844
612-339-6622 (fax)
mstevens@gustafsongluek.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Christopher Le**
STRAUS AND BOIES LLP - Fairfax
4041 University Drive
Suite 500
Fairfax, VA 22030
703-764-8700
cle@straus-boies.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Timothy D Battin**
STRAUS AND BOIES LLP - Fairfax
4041 University Drive
Suite 500
Fairfax, VA 22030
703-764-8700
tbattin@straus-boies.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Gralewski, Jr**
KIRBY MCINERNEY LLP - San Diego
600 B Street
Suite 2100
San Diego, CA 92101
619-784-1442
bgralewski@kmllp.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **B. Carlson**<br>on behalf of himself individually and all others similarly situated<br><br>*Added: 06/10/2021*<br>*(Plaintiff)* | represented<br>by | **Alyssa Leary**<br>Zimmerman Reed<br>1100 IDS Center<br>80 S 8th Street<br>Minneapolis, MN 55402<br>612-341-0400<br>alyssa.leary@zimmreed.com<br>*Assigned: 06/10/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Brian C Gudmundson**
ZIMMERMAN REED PLLP - Minneapolis
1100 IDS Center
80 South 8th St.
Minneapolis, MN 55402
612-341-0400
612-341-0844 (fax)
brian.gudmundson@zimmreed.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Cialkowski**
ZIMMERMAN REED PLLP - Minneapolis
1100 IDS Center
80 South 8th St.
Minneapolis, MN 55402
612-341-0400
612-341-0844 (fax)
david.cialkowski@zimmreed.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hart L. Robinovitch**
ZIMMERMAN REED PLLP -
Scottsdale
14646 N. Kierland Blvd
Suite 145
Scottsdale, AZ 85254
480-348-6400
480-348-6415 (fax)
hart.robinovitch@zimmreed.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara Piper**
Executrix of the Estate of Michael Piper,
deceased, on behalf of herself and all others
similarly situated

*Added: 06/10/2021*
*(Plaintiff)*

represented
by

**George A. Zelcs**
KOREIN TILLERY LLC - Chicago
205 N. Michigan Avenue
Suite 1904
Chicago, IL 60601
312-641-9750
314-241-3525 (fax)
gzelcs@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Zachary Cortazar**
KOREIN TILLERY LLC - Chicago
205 N. Michigan Avenue
Suite 1904
Chicago, IL 60601
312-641-9750
312-641-9751 (fax)
rcortazar@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole A. Maruzzi**
LOWEY DANNENBERG PC - Boston
265 Franklin Street
Suite 1702
Boston, MA 02110
215-399-4770
nmaruzzi@lowey.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Christian P. Levis**
LOWEY DANNENBERG PC - White
Plains
44 South Broadway
Suite 1100
White Plains, NY 10601
914-997-0500
914-997-0035 (fax)
clevis@lowey.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claire Noelle Feigenbaum**
LOWEY DANNENBERG PC - White
Plains
44 South Broadway
Suite 1100
White Plains, NY 10601
914-997-0500
914-997-0035 (fax)
nfeigenbaum@lowey.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roland R. St. Louis, III**
LOWEY DANNENBERG PC - White
Plains
44 South Broadway
Suite 1100
White Plains, NY 10601
914-997-0500
914-997-0035 (fax)
rstlouis@lowey.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
LOWEY DANNENBERG PC - White
Plains
44 South Broadway
Suite 1100
White Plains, NY 10601
914-997-0500

914-997-0035 (fax)
vbriganti@lowey.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Carol Lee O'Keefe**
KOREIN AND TILLERY LLC - St
Louis
505 North 7th Street
Suite 3600
St. Louis, MO 63101
314-241-4844
314-241-3525 (fax)
cokeefe@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Jamie L. Boyer**
KOREIN AND TILLERY LLC - St
Louis
505 North 7th Street
Suite 3600
St. Louis, MO 63101
314-241-4844
314-241-3525 (fax)
jboyer@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**John A. Libra**
KOREIN AND TILLERY LLC - St
Louis
505 North 7th Street
Suite 3600
St. Louis, MO 63101
314-241-4844
314-241-3525 (fax)
jlibra@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Randall P. Ewing, Jr.**
KOREIN AND TILLERY LLC - St
Louis

505 North 7th Street
Suite 3600
St. Louis, MO 63101
314-241-4844
314-241-3525 (fax)
rewing@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason J. Canjar**
on behalf of himself and all others similarly
situated doing business as YEDINAK
REGISTERED HOLSTEINS

*Added: 06/10/2021*
*(Plaintiff)*

represented
by

**Marc H. Edelson**
EDELSON AND ASSOCIATES LLC
45 W. Court Street
Doylestown, PA 18901-4223
215-230-8043
215-230-8735 (fax)
medelson@edelson-law.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall P. Ewing, Jr.**
KOREIN AND TILLERY LLC - St
Louis
505 North 7th Street
Suite 3600
St. Louis, MO 63101
314-241-4844
314-241-3525 (fax)
rewing@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. King**
KOREIN AND TILLERY LLC - St
Louis
505 North 7th Street
Suite 3600
St. Louis, MO 63101
314-241-4844
314-241-3525 (fax)
rking@koreintillery.com
*Assigned: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bayer CropScience L.P.**
*Added: 06/09/2021*
*(Defendant)*

represented
by

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220
618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erick E. VanDorn**
THOMPSON COBURN LLP -
Belleville
525 W. Main Street
Suite 300
Belleville, IL 62220
618-277-4700
618-236-3434 (fax)
evandorn@thompsoncoburn.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Hohn**
THOMPSON COBURN LLP - St Louis
One US Bank Plaza
505 N. 7th Street
Suite 2700
St. Louis, MO 63101
314-552-6159
314-552-7000 (fax)
chohn@thompsoncoburn.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edwin G. Harvey**
THOMPSON COBURN LLP - St Louis
One US Bank Plaza
505 N. 7th Street
Suite 2700
St. Louis, MO 63101
314-552-6049
314-552-7000 (fax)
eharvey@thompsoncoburn.com
*Assigned: 06/09/2021*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Sharon B. Rosenberg**
THOMPSON COBURN LLP - St Louis
One US Bank Plaza
505 N. 7th Street
Suite 2700
St. Louis, MO 63101
314-552-6173
314-552-7173 (fax)
srosenberg@thompsoncoburn.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Bayer CropScience Inc.**<br>*Added: 06/09/2021*<br>*(Defendant)* | represented<br>by | **Michael J. Nester**<br>DONOVAN AND ROSE<br>15 N. 1st St.<br>Suite A<br>Belleville, IL 62220<br>618-212-6500<br>618-212-6501 (fax)<br>mnester@drnpc.com<br>*Assigned: 06/09/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Erick E. VanDorn**
THOMPSON COBURN LLP -
Belleville
525 W. Main Street
Suite 300
Belleville, IL 62220
618-277-4700
618-236-3434 (fax)
evandorn@thompsoncoburn.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Christopher M. Hohn**
THOMPSON COBURN LLP - St Louis
One US Bank Plaza
505 N. 7th Street
Suite 2700
St. Louis, MO 63101
314-552-6159

314-552-7000 (fax)
chohn@thompsoncoburn.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edwin G. Harvey**
THOMPSON COBURN LLP - St Louis
One US Bank Plaza
505 N. 7th Street
Suite 2700
St. Louis, MO 63101
314-552-6049
314-552-7000 (fax)
eharvey@thompsoncoburn.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon B. Rosenberg**
THOMPSON COBURN LLP - St Louis
One US Bank Plaza
505 N. 7th Street
Suite 2700
St. Louis, MO 63101
314-552-6173
314-552-7173 (fax)
srosenberg@thompsoncoburn.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corteva Inc.**
*Added: 06/09/2021*
*(Defendant)*

represented
by

**Donald M. Flack**
ARMSTRONG TEASDALE LLP -
Edwardsville
115 N. Second Street
Edwardsville, IL 62025
314-342-4143
dflack@atllp.com
*Assigned: 06/22/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220

618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cargill Incorporated**
*Added: 06/09/2021*
*(Defendant)*

represented by

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220
618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J. Mahr**
FRESHFIELDS AND BRUCKHAUS
LLP - DC
700 13th Street NW
10th Floor
Washington, DC 20005-3960
202-777-4545
202-777-4555 (fax)
eric.mahr@freshfields.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BASF Corporation**
a Delaware limited company for corporate
parent BASF USA Holding LLC
Reg. Agent: C T Corporation System
120 South Central Ave.
Clayton, MO 63105
*Added: 06/09/2021*
*(Defendant)*

represented by

**Troy A. Bozarth**
HEPLER BROOM LLC - Edwardsville
130 N. Main Street
P.O. Box 510
Edwardsville, IL 62025-0510
618-656-0184
618-656-1364 (fax)
tab@heplerbroom.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lara Bach**
WEIL GOTSHAL LLP - Miami
1395 Brickell Ave.
Suite 1200

Miami, FL 33131
305-577-3135
lara.bach@weil.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220
618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam C. Hemlock**
WEIL GOTSHAL LLP - New York
767 Fifth Avenue
Concourse
New York, NY 10153
212-310-8281
212-310-8007 (fax)
adam.hemlock@weil.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Lender**
WEIL GOTSHAL LLP - New York
767 Fifth Avenue
Concourse
New York, NY 10153
212-833-8153
david.lender@weil.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Syngenta Corporation**
*Added: 06/09/2021*
*(Defendant)*

represented by

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220

618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Nathan P. Eimer**
EIMER STAHL LLP
224 S. Michigan Ave.
Suite 1100
Chicago, IL 60604
312-660-7601
312-692-1718 (fax)
neimer@eimerstahl.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Brian Chang**
Eimer Stahl LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
312-660-7600
312-692-1718 (fax)
bchang@eimerstahl.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Paul S. Mishkin**
DAVIS POLK LLP
450 Lexington Avenue
New York, NY 10017
212-450-4292
212-701-5292 (fax)
paul.mishkin@davispolk.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Winfield Solutions, LLC**
*Added: 06/09/2021*
*(Defendant)*

represented
by

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220

618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vanessa G. Jacobsen**
EIMER STAHL LLP
224 S. Michigan Ave.
Suite 1100
Chicago, IL 60604
312-660-7604
312-692-1718 (fax)
vjacobsen@eimerstahl.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah H. Catalano**
Eimer Stahl LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
312-660-7647
312-692-1718 (fax)
scatalano@eimerstahl.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Univar Solutions, Inc.**
*Added: 06/09/2021*
*(Defendant)*

represented
by

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220
618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matt D. Basil**
WILLKIE AND FARR LLP - Chicago
300 N. LaSalle Dr.
Ste 50th Floor
Chicago, IL 60654-3456

312-728-9020
312-728-9199 (fax)
mbasil@willkie.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig C. Martin**
JENNER AND BLOCK - Chicago 2
353 N. Clark Street
Chicago, IL 60654-3456
312-923-2776
312-840-7776 (fax)
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Federated Co-Operatives Ltd.**
*Added: 06/09/2021*
*(Defendant)*

                          represented
                          by

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220
618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. McCluggage**
Eimer Stahl LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
312-660-7600
mmccluggage@eimerstahl.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barack S. Echols**
KIRKLAND AND ELLIS - Chicago
300 N. LaSalle
Chicago, IL 60654
312-862-2000
312-862-2200 (fax)
barack.echols@kirkland.com
*Assigned: 06/09/2021*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CHS Inc.**
*Added: 06/09/2021*
*(Defendant)*

represented by

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220
618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathy L. Osborn**
FAEGRE DRINKER LLP - Indianapolis
300 N. Meridian St.
Suite 2500
Indianapolis, IN 46204-1750
317-237-8261
kathy.osborn@faegrebd.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colby A. Kingsbury**
FAEGRE DRINKER LLP - Chicago
311 S. Wacker Drive
Suite 4300
Chicago, IL 60606
312-212-6573
colby.kingsbury@faegrebd.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nutrien AG Solutions, Inc.**
Nutrien Ag Solutions, Inc.
5296 Harvest Lake Drive
Building 5, Level 4
80538
LOVELAND, CO 80538
United Sta
*Added: 06/09/2021*
*(Defendant)*

represented by

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220
618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*

Case: 4:21-md-02993-SEP   Doc. #: 6-1   Filed: 06/29/21   Page: 33 of 35 PageID #: 48

*ATTORNEY TO BE NOTICED*

**Travis H. Campbell**
BRYAN CAVE LLP - St Louis
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102
314-259-2933
314-552-8933 (fax)
travis.campbell@bclplaw.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Growmark Inc.**
*Added: 06/09/2021*
*(Defendant)*

represented by

**Barry S. Noeltner**
HEYL ROYSTER PC - Edwardsville
105 W. Vandalia Street
Suite 100
Edwardsville, IL 62025
618-656-4646
309-420-0402 (fax)
bnoeltner@heylroyster.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220
618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Simplot AB Retail Sub, Inc.**
*Added: 06/09/2021*
*(Defendant)*

represented by

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220
618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tenkoz Inc.**
*Added: 06/09/2021*
*(Defendant)*

represented by

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220
618-212-6500
618-212-6501 (fax)
mnester@drnpc.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. McCaffrey**
EVERSHEDS SUTHERLAND US
LLP - Chicago
900 North Michigan Avenue
Suite 1000
Chicago, IL 60611
312-724-9006
312-724-9322 (fax)
timmccaffrey@eversheds-
sutherland.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Robert McGibbon**
EVERSHEDS SUTHERLAND US
LLP - Atlanta
999 Peachtree St NE
Suite 2300
Atlanta, GA 30309
404-853-8000
404-853-8806 (fax)
jimmcgibbon@eversheds-
sutherland.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee A. Peifer**
EVERSHEDS SUTHERLAND US
LLP - Atlanta
999 Peachtree St NE
Suite 2300

Atlanta, GA 30309
404-853-8000
404-853-8806 (fax)
leepeifer@eversheds-sutherland.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pioneer Hi-Bred International, Inc.**
*Added: 06/10/2021*
*(Defendant)*

represented by

**Donald M. Flack**
ARMSTRONG TEASDALE LLP -
Edwardsville
115 N. Second Street
Edwardsville, IL 62025
314-342-4143
dflack@atllp.com
*Assigned: 06/22/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Growmark FS, LLC**
*Added: 06/10/2021*
*(Defendant)*

represented by

**Barry S. Noeltner**
HEYL ROYSTER PC - Edwardsville
105 W. Vandalia Street
Suite 100
Edwardsville, IL 62025
618-656-4646
309-420-0402 (fax)
bnoeltner@heylroyster.com
*Assigned: 06/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara Piper**
*Added: 06/10/2021*
*(Movant)*