# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | CASE NO. 4:21-md-02993-SEP <br><br> **ALL CASES** |

## NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD

COMES NOW Michael J. Nester of the law firm of Donovan Rose Nester, P.C. and hereby notifies the Court of the withdrawal of his appearance as attorney of record on behalf of the defendant, Syngenta Corporation.

The law firm of Davis Polk & Wardwell, LLP will remain as counsel of record for the defendant, Syngenta Corporation.

BY/s/  MICHAEL J. NESTER
MICHAEL J. NESTER#02037211
Donovan Rose Nester, P.C.
15 North First Street, Suite A
Belleville, IL  62220
Tel: 618-212-6500
Fax:  618-212-6501
mnester@drnpc.com

ATTORNEY FOR DEFENDANT
SYNGENTA CORPORATION

## CERTIFICATE OF SERVICE

      I, Michael J. Nester, an attorney, hereby certify that I filed the Notice of Withdrawal as Attorney of Record using the CM/ECF system on this 3rd day of August, 2021. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                    /s/   MICHAEL J. NESTER
                                    MICHAEL J. NESTER