# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI (ST. LOUIS)

IN RE: CROP INPUTS ANTITRUST LITIGATION,

Case No. 4:21-md-02993-SEP
ALL CASES

**NOTICE OF WITHDRAWAL**
**MARY FEE**

PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court and counsel that Mary Fee hereby withdraws as counsel for Defendant BASF Corporation.

Lara Bach, Adam Hemlock, and David Lender of Weil, Gotshal & Manges LLP, and Todd Wind of Fredrikson & Byron, will remain as counsel of record for defendant BASF Corporation.

| Dated: August 13, 2021 | *s/ Mary Fee* <br> Todd Wind (0196514) <br> Mary Fee (0399936) <br> FREDRIKSON & BYRON, P.A. <br> 200 South Sixth Street, Ste. 4000 <br> Minneapolis, MN 55402-1425 <br> (612) 492-7000 <br> twind@fredlaw.com <br> mfee@fredlaw.com <br><br> **Attorneys for BASF Corporation** |
|---|---|