UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | ) ) ) | 4:21-MD-2993 SEP<br><br>**ALL CASES** |

## ORDER

As discussed on the record during the initial case conference,

**IT IS HEREBY ORDERED** that Plaintiffs shall file a Consolidated Amended Complaint no later than **September 17, 2021**.

**IT IS FURTHER ORDERED that** Defendants shall file their Motion to Dismiss in response to the Consolidated Amended Complaint no later than **November 10, 2021**. Plaintiffs' opposition shall be filed no later than **December 20, 2021**. Defendants' Reply shall be filed no later than **January 19, 2022**.

**IT IS FURTHER ORDERED that** the parties will brief the issue of a stay of discovery in this matter according to the following schedule. Defendants' submission on the issue shall be filed no later than **September 3, 2021**. Plaintiffs' submission shall be filed no later than **September 24, 2021**.

Dated this 20th day of August, 2021.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE