UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | ) ) ) | 4:21-MD-2993-SEP  **ALL CASES** |

### DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants Bayer CropScience LP, Bayer CropScience Inc., BASF Corporation, Corteva Incorporated, Pioneer Hi-Bred International, Syngenta Corporation, Cargill, Incorporated, Univar Solutions, Incorporated, Winfield Solutions, LLC, CHS Incorporated, Federated Co-operatives Limited, GROWMARK, Incorporated, GROWMARK FS, LLC, Nutrien Ag Solutions, Incorporated, Simplot AB Retail Sub Incorporated, and Tenkoz, Inc. (collectively, "Defendants") hereby move this Court to stay all discovery pending resolution of their forthcoming motions to dismiss the Plaintiffs' Consolidated Amended Complaint. The facts and law in support of the motion are fully set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' motion to stay discovery.

Respectfully submitted,

/s/ *Troy Bozarth* (with consent)
Troy A. Bozarth
**HEPLERBROOM LLC**
130 N. Main St.
P.O. Box 510
Edwardsville, IL 62025
Tel: (618) 656-0184
tab@heplerbroom.com

David J. Lender
Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue

/s/ *Christopher M. Hohn* (with consent)
Christopher M. Hohn
Sharon B. Rosenberg
Edwin G. Harvey
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis MO 63101
Phone: (314) 552-6000
chohn@thompsoncoburn.com
srosenberg@thompsoncoburn.com

Jonathan I. Gleklen
Laura S. Shores

New York, NY 10153
Tel: (212) 310-8000
David.Lender@weil.com
Adam.Hemlock@weil.com

Lara B. Bach
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Tel: (305) 577-3100
Lara.Bach@weil.com

*Counsel for Defendant BASF Corporation*


/s/ *Eric Mahr* (with consent)
Eric Mahr
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005-3960
Tel: (202) 777-4545
Fax: (202) 777-4555
eric.mahr@freshfields.com

*Counsel for Defendant Cargill, Incorporated*


/s/ *Jason Leckerman* (with consent)
Leslie E. John
Jason A. Leckerman
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 665-8500
johnl@ballardspahr.com
leckermanj@ballardspahr.com


*Counsel for Defendants Corteva, Inc. and Pioneer Hi-Bred International, Inc.*

**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Phone: (202) 942-5000
jonathan.gleklen@arnoldporter.com
laura.shores@arnoldporter.com

*Counsel for Defendants Bayer CropScience LP and Bayer CropScience Inc.*


/s/ *Kathy L. Osborn* (with consent)
Kathy L. Osborn
**FAEGRE DRINKER BIDDLE & REATH LLP**
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
Telephone:  (317) 237-8261
Email:  kathy.osborn@faegredrinker.com

Colby Anne Kingsbury
**FAEGRE DRINKER BIDDLE & REATH LLP**
311 S. Wacker Dr., #4400
Chicago, IL 60606
Telephone:  (312) 212-6573
Email:  colby.kingsbury@faegredrinker.com

*Counsel for Defendant CHS Inc.*

/s/ *Michael L. McCluggage* (with consent)
Michael L. McCluggage
Barack S. Echols
**EIMER STAHL LLP**
224 S. Michigan Ave.
Suite 1100
Chicago, IL 60604
(312) 660-7600 (telephone)
(312) 692-1718 (facsimile)
mmccluggage@eimerstahl.com
bechols@eimerstahl.com

Collin J. Vierra
**EIMER STAHL LLP**
99 South Almaden Boulevard
Suite 662
San Jose, CA 85113
(669) 231-8755 (telephone)
(312) 692-1718 (facsimile)
cvierra@eimerstahl.com

***Counsel for Defendant Federated Co-operatives Limited***

/s/ *Barry S. Noeltner* (with consent)
Barry S. Noeltner
**HEYL, ROYSTER, VOELKER & ALLEN, P.C.**
Suite 100
Mark Twain Plaza III
105 West Vandalia Street
Edwardsville, Illinois 62025
Telephone:  618.656.4646
PRIMARY E-SERVICE -
edwecf@heylroyster.com
SECONDARY E-SERVICE –
bnoeltner@heylroyster.com

Michael A. Lindsay (MN Lic. #0163466)
F. Matthew Ralph (MN Lic. #0323202)
Jaime Stilson (MN Lic. #0392913)
**DORSEY & WHITNEY LLP**
50 South Sixth Street Suite 1500
Minneapolis, MN  55402-1498
Telephone: (612) 340-2600
lindsay.michael@dorsey.com
ralph.matthew@dorsey.com
stilson.jaime@dorsey.com

***Counsel for Defendants GROWMARK, Inc. and GROWMARK FS, LLC***

/s/ *Eric D. Brandfonbrener* (with consent)
Eric D. Brandfonbrener
**PERKINS COIE, LLP**
131 S. Dearborn St., Suite 1700
Chicago, IL 60603
(312) 324-8400
(312) 324-9400(facsimile)
ebrand@perkinscoie.com

Shylah R. Alfonso
**PERKINS COIE, LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
(206) 359-3980
(206) 359-4980 (facsimile)
salfonso@perkinscoie.com

3

/s/ *G. Patrick Watson*
G. Patrick Watson
Lindsay S. Johnson
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 West Peachtree Street NW
Suite 1400
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999 (facsimile)
patrick.watson@bclplaw.com
lindsay.johnson@bclplaw.com

Paul J. Lopach
Michael J. Hofmann
Luke Westerman
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street
Suite 4100
Denver, CO 80203
(303) 861-7000
(303) 866-0200 (facsimile)
paul.lopach@bclplaw.com
michael.hofmann@bclplaw.com
luke.westerman@bclplaw.com

Travis H. Campbell
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
(314) 259-2000
(314) 259-2020 (facsimile)
travis.campbell@bclplaw.com

*Counsel for Defendant Nutrien Ag Solutions, Inc.*

*Counsel for Defendant Simplot AB Retail, Sub, Inc.*

/s/ *Paul S. Mishkin* (with consent)
Paul S. Mishkin
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel: 212-450-4292
paul.mishkin@davispolk.com

Robert T. Haar – #30044MO
Matthew A. Martin - #64000MO
**HAAR & WOODS, LLP**
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (Facsimile)
roberthaar@haar-woods.com
mmartin@haar-woods.com

*Counsel for Defendant Syngenta Corporation*

4

/s/ *Lee A. Peifer* (with consent)
Lee A. Peifer
James R. McGibbon
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Tel: 404-853-8000
Fax: 404-853-8806
leepeifer@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com

***Counsel for Defendant Tenkoz, Inc.***


/s/ *Nathan P. Eimer* (with consent)
Nathan P. Eimer
Vanessa G. Jacobsen
Brian Y. Chang
Sarah H. Catalano
**EIMER STAHL LLP**
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: 312-660-7600
neimer@eimerstahl.com
vjacobsen@eimerstahl.com
bchang@eimerstahl.com
scatalano@eimerstahl.com

***Counsel for Defendant Winfield Solutions, LLC***

/s/ *Craig C. Martin* (with consent)
Craig C. Martin
Matt D. Basil
**WILLKIE FARR & GALLAGHER LLP**
300 North LaSalle
Chicago, IL 60654-3406
Telephone: (312) 728-9000
cmartin@willkie.com
mbasil@willkie.com

/s/ *J. Nicci Warr* (with consent)
J. Nicci Warr, #59975
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO  63105
(314) 863-0800 (telephone)
(314) 863-9388 (facsimile)
nicci.warr@stinson.com

Alexander C. Barrett, #68695
230 West McCarty Street
Jefferson City, Missouri 65101
(573) 636-6263 (telephone)
(573) 556-3637 (facsimile)
alexander.barrett@stinson.com

***Counsel for Defendant Univar Solutions Inc.***

5

## CERTIFICATE OF SERVICE

    I, G. Patrick Watson, hereby certify that on September 3, 2021, I electronically filed the foregoing Motion to Stay Discovery using the CM/ECF system, which will send notification of such filing to all parties of record.

                                      /s/ G. Patrick Watson
                                      G. Patrick Watson