UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI (ST. LOUIS)

| IN RE CROP INPUTS ANTITRUST LITIGATION | Case No. 4:21-md-02993-SEP ALL CASES |
|---|---|

## MOTION TO WITHDRAW LINDA NUSSBAUM AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned attorney hereby moves for an order withdrawing Linda Nussbaum and Nussbaum Law Group, P.C. as counsel for Plaintiffs John C. Swanson and Schofield Farms, LLC. Arthur N. Bailey and Marco Cercone of Rupp Baase Pfalzgraf Cunningham LLC will remain as counsel of record for Plaintiffs John C. Swanson and Schofield Farms, LLC.

Dated: September 9, 2021

/s/ *Leigh M. Perica*
Derek Y. Brandt (6228895IL)
Leigh M. Perica (6316856IL)
MCCUNE WRIGHT AREVALO, LLP
231 N. Main Street, Suite 20
Edwardsville, IL 62025
Telephone: (618) 307-6116
dyb@mccunewright.com
lmp@mccunewright.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s/ *Leigh M. Perica*