UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | ) ) ) ) ) | 4:21-MD-2993-SEP<br><br>ALL CASES |

# DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

COME NOW, Defendants BASF Corporation, Bayer CropScience LP, Bayer CropScience Inc., Cargill Incorporated, CHS Inc., Corteva Inc., Federated Co-operatives Ltd., GROWMARK, Inc., GROWMARK FS, LLC, Nutrien Ag Solutions, Inc., Pioneer Hi-Bred International, Inc., Simplot AB Retail Sub, Inc., Syngenta Corporation, Tenkoz, Inc., Univar Solutions, Inc., and Winfield Solutions, LLC, by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and collectively move to dismiss with prejudice Plaintiffs' Consolidated Amended Class Action Complaint in its entirety for failure to state a claim upon which relief can be granted and for lack of subject-matter jurisdiction.[1]  Defendants' Joint Motion to Dismiss is based upon all of the files, records, and proceedings herein, the accompanying Memorandum of Law in support of the Motion, the law applicable hereto, and the arguments of counsel.

---

[1] Motions to dismiss are being filed contemporaneously by the following Defendants based on separate individualized issues: (1) Cargill Inc.; (2) Federated Co-operatives Ltd.; (3) Syngenta Corp.; and (4) Univar Solutions, Inc. Each of those Defendants also joins fully in this Motion.

Respectfully submitted,

| | |
|---|---|
| /s/ *Troy Bozarth* (with consent)<br>Troy A. Bozarth<br>**HEPLERBROOM LLC**<br>130 N. Main St.<br>P.O. Box 510<br>Edwardsville, IL 62025<br>Tel: (618) 656-0184<br>tab@heplerbroom.com<br><br>David J. Lender<br>Adam C. Hemlock<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>David.Lender@weil.com<br>Adam.Hemlock@weil.com<br><br>Lara B. Bach<br>**WEIL, GOTSHAL & MANGES LLP**<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131<br>Tel: (305) 577-3100<br>Lara.Bach@weil.com<br><br>***Counsel for Defendant BASF Corporation***<br><br>/s/ *Eric Mahr* (with consent)<br>Eric Mahr<br>**FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>700 13th Street NW, 10th Floor<br>Washington, DC 20005-3960<br>Tel: (202) 777-4545<br>Fax: (202) 777-4555<br>eric.mahr@freshfields.com<br><br>***Counsel for Defendant Cargill, Incorporated*** | /s/ *Edwin G. Harvey*<br>Christopher M. Hohn<br>Sharon B. Rosenberg<br>Edwin G. Harvey<br>**THOMPSON COBURN LLP**<br>One US Bank Plaza<br>St. Louis MO 63101<br>Phone: (314) 552-6000<br>chohn@thompsoncoburn.com<br>srosenberg@thompsoncoburn.com<br>eharvey@thompsoncoburn.com<br><br>Jonathan I. Gleklen<br>Laura S. Shores<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>Phone: (202) 942-5000<br>jonathan.gleklen@arnoldporter.com<br>laura.shores@arnoldporter.com<br><br>***Counsel for Defendants Bayer CropScience LP and Bayer CropScience Inc.***<br><br>/s/ *Kathy L. Osborn* (with consent)<br>Kathy L. Osborn<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>300 N. Meridian St., Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (317) 237-8261<br>Email: kathy.osborn@faegredrinker.com<br><br>Colby Anne Kingsbury<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>311 S. Wacker Dr., #4400<br>Chicago, IL 60606<br>Telephone: (312) 212-6573<br>Email: colby.kingsbury@faegredrinker.com |

2

                                          *Counsel for Defendant CHS Inc.*

/s/ *Jason Leckerman* (with consent)  
Leslie E. John  
Jason A. Leckerman  
**BALLARD SPAHR LLP**  
1735 Market Street, 51st Floor  
Philadelphia, PA 19103-7599  
Tel: (215) 665-8500  
johnl@ballardspahr.com  
leckermanj@ballardspahr.com  

Donald M. Flack  
7700 Forsyth Blvd., Suite 1800  
St. Louis, Missouri 63105  
**ARMSTRONG TEASDALE LLP**  
Tel: 314.621.5070  
dflack@atllp.com  

*Counsel for Defendants Corteva, Inc. and Pioneer Hi-Bred International, Inc.*

/s/ *Michael L. McCluggage* (with consent)  
Michael L. McCluggage  
Barack S. Echols  
**EIMER STAHL LLP**  
224 S. Michigan Ave.  
Suite 1100  
Chicago, IL 60604  
(312) 660-7600 (telephone)  
(312) 692-1718 (facsimile)  
mmccluggage@eimerstahl.com  
bechols@eimerstahl.com  

Collin J. Vierra  
**EIMER STAHL LLP**  
99 South Almaden Boulevard  
Suite 662  
San Jose, CA 85113  
(669) 231-8755 (telephone)  
(312) 692-1718 (facsimile)  

/s/ *Barry S. Noeltner* (with consent)  
Barry S. Noeltner  
**HEYL, ROYSTER, VOELKER & ALLEN, P.C.**  
Suite 100  
Mark Twain Plaza III  
105 West Vandalia Street  
Edwardsville, Illinois 62025  
Telephone: 618.656.4646  
PRIMARY E-SERVICE - edwecf@heylroyster.com  
SECONDARY E-SERVICE – bnoeltner@heylroyster.com  

Michael A. Lindsay (MN Lic. #0163466)  
F. Matthew Ralph (MN Lic. #0323202)  
Jaime Stilson (MN Lic. #0392913)  
**DORSEY & WHITNEY LLP**  
50 South Sixth Street Suite 1500  
Minneapolis, MN 55402-1498  
Telephone: (612) 340-2600  
lindsay.michael@dorsey.com  
ralph.matthew@dorsey.com  
stilson.jaime@dorsey.com  

*Counsel for Defendants GROWMARK, Inc. and GROWMARK FS, LLC*

cvierra@eimerstahl.com

**Counsel for Defendant Federated Co-operatives Limited**

/s/ *G. Patrick Watson* (with consent)
G. Patrick Watson
Lindsay S. Johnson
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 West Peachtree Street NW
Suite 1400
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999 (facsimile)
patrick.watson@bclplaw.com
lindsay.johnson@bclplaw.com

Paul J. Lopach
Michael J. Hofmann
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street
Suite 4100
Denver, CO 80203
(303) 861-7000
(303) 866-0200 (facsimile)
paul.lopach@bclplaw.com
michael.hofmann@bclplaw.com

Travis H. Campbell
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
(314) 259-2020 (facsimile)
travis.campbell@bclplaw.com

**Counsel for Defendant Nutrien Ag Solutions, Inc.**

/s/ *Eric D. Brandfonbrener* (with consent)
Eric D. Brandfonbrener
**PERKINS COIE, LLP**
131 S. Dearborn St., Suite 1700
Chicago, IL 60603
(312) 324-8400
(312) 324-9400 (facsimile)
ebrand@perkinscoie.com

Shylah R. Alfonso
**PERKINS COIE, LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
(206) 359-3980
(206) 359-4980 (facsimile)
salfonso@perkinscoie.com

**Counsel for Defendant Simplot AB Retail Sub, Inc.**

/s/ *Paul S. Mishkin* (with consent)
Paul S. Mishkin
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel: 212-450-4292
paul.mishkin@davispolk.com

Robert T. Haar – #30044MO
Jozef J. Kopchick - #67685MO
**HAAR & WOODS, LLP**
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (Facsimile)
roberthaar@haar-woods.com
jkopchick@haar-woods.com

**Counsel for Defendant Syngenta Corporation**

4

/s/ *Lee A. Peifer*  (with consent)
Lee A. Peifer
James R. McGibbon
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Tel: 404-853-8000
Fax: 404-853-8806
leepeifer@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com

***Counsel for Defendant Tenkoz, Inc.***


/s/ *Nathan P. Eimer* (with consent)
Nathan P. Eimer
Vanessa G. Jacobsen
Brian Y. Chang
Sarah H. Catalano
**EIMER STAHL LLP**
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: 312-660-7600
neimer@eimerstahl.com
vjacobsen@eimerstahl.com
bchang@eimerstahl.com
scatalano@eimerstahl.com

***Counsel for Defendant Winfield Solutions, LLC***

/s/ *Craig C. Martin* (with consent)
Craig C. Martin
Matt D. Basil
**WILLKIE FARR & GALLAGHER LLP**
300 North LaSalle
Chicago, IL 60654-3406
Telephone: (312) 728-9000
cmartin@willkie.com
mbasil@willkie.com

/s/ J. Nicci Warr (with consent)
J. Nicci Warr, #59975
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 863-0800 (telephone)
(314) 863-9388 (facsimile)
nicci.warr@stinson.com

Alexander C. Barrett, #68695
230 West McCarty Street
Jefferson City, Missouri 65101
(573) 636-6263 (telephone)
(573) 556-3637 (facsimile)
alexander.barrett@stinson.com

***Counsel for Defendant Univar Solutions Inc.***

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

                                              */s/ Edwin G. Harvey*