# Exhibit D

**EXHIBIT D**

| Relevant State Statutes of Limitations | | | |
|---|---|---|---|
| State | Antitrust SOL | CPA SOL | Unjust Enrichment SOL |
| Arizona | 4-yr | 1-yr | 3-yr |
| Arkansas | | 5-yr | |
| California | 4-yr | 4-yr | N/A |
| Connecticut | 4-yr | | |
| D.C. | | 3-yr | 3-yr |
| Florida | | 4-yr | 4-yr |
| Hawaii | 4-yr | 4-yr | 6-yr |
| Illinois | 4-yr | 3-yr | N/A |
| Iowa | 4-yr | | 5-yr |
| Kansas | 3-yr | 3-yr | 3-yr |
| Maine | 6-yr | | 6-yr |
| Maryland | 4-yr | | |
| Massachusetts | | | 3-yr |
| Michigan | 4-yr | 6-yr | 6-yr |
| Minnesota | 4-yr | 6-yr | 6-yr |
| Mississippi | 3-yr | | N/A |
| Missouri | | 5-yr | 5-yr |
| Montana | | 2-yr | 3-yr |
| Nebraska | 4-yr | 4-yr | 4-yr |
| Nevada | 4-yr | 4-yr | 4-yr |
| New Hampshire | 4-yr | 3-yr | N/A |
| New Mexico | 4-yr | 4-yr | 4-yr |
| New York | 4-yr | 3-yr | |
| North Carolina | 4-yr | 4-yr | 3-yr |
| North Dakota | 4-yr | | |
| Oregon | 4-yr | 1-yr | Laches |
| Rhode Island | 4-yr | 4-yr | 10-yr |
| South Carolina | | 3-yr | 3-yr |
| South Dakota | 4-yr | 4-yr | 6-yr |
| Tennessee | 3-yr | 5-yr | 3-yr |
| Utah | 4-yr | 5-yr | 4-yr |
| Vermont | 6-yr | 6-yr | |
| Virginia | | 2-yr | |
| West Virginia | 4-yr | 4-yr | Laches |
| Wisconsin | 6-yr | | 6-yr |