UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE CROP INPUTS ANTITRUST LITIGATION | Case No. 4:21-md-02993-SEP <br><br> MDL No. 2993 |
| This Document Relates to: <br><br> *DeKrey, et al. v. Bayer Cropscience LP, et al.* <br> Case No. 4:21-cv-00744-SEP | **NOTICE OF WITHDRAWAL OF ALYSSA J. LEARY AS ATTORNEY OF RECORD** |

PLEASE TAKE NOTICE that pursuant to L.R. 83.7, the undersigned counsel respectfully withdraws Alyssa J. Leary as counsel of record for Plaintiff Brad DeKrey in the above referenced action. Ms. Leary will have no further involvement in these matters. Plaintiff will continue to be represented by David M. Cialkowski, Brian Gudmundson, and Hart L. Robinovitch of the law firm of Zimmerman Reed LLP.

Dated: November 29, 2021

*/s/ Alyssa J. Leary*
David M. Cialkowski (MN Lic. #306526)
Brian C. Gudmundson (MN Lic. #336695)
Alyssa J. Leary (MN Lic. #397552)
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
david.cialkowski@zimmreed.com
brian.gudmundson@zimmreed.com
alyssa.leary@zimmreed.com

Hart L. Robinovitch (MN Lic. #240515)
**ZIMMERMAN REED LLP**
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6415
hart.robinovitch@zimmreed.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2021, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Alyssa J. Leary*