# Exhibit A

Case 3:21-md-03023-NJR Document 31 Filed 01/12/22 Page 5 of 26 Page ID #135
Case 3:21-cv-00021-SMY Document 17 Filed 01/12/22 Page 2 of 4 Page ID #95

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| BARBARA PIPER, as Executrix of the Estate of MICHAEL PIPER, Deceased, on behalf of herself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>BAYER CROPSCIENCE LP, BAYER CROPSCIENCE, INC., CORTEVA INC., CARGILL INCORPORATED, BASF CORPORATION, SYNGENTA CORPORATION, WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC.,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:21-cv-00021-GCS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FEDERATED CO-OPERATIVES LTD.
401 22nd Street East
SASKATOON SK S7K 0H2
CANADA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: George E. Zelcs
Korein Tillery LLC
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1-12-21

By: Tamra Baugh
Signature of Clerk or Deputy Clerk

Exhibit A, Page 1 of 3

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Randi Handwerk,

              *Plaintiff,*

v.                                           Case No. 0:21–cv–00351–MJD–TNL

Bayer CropScience LP, et al.,

              *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Federated Co–Operatives Ltd.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           Daniel E Gustafson
           120 South 6th Street
           Suite 2600
           Mpls, MN
           55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                                             By: *[signature]*

                                                                           Kate M. Fogarty, Clerk of Court

Date of Issuance:  <u>February 5, 2021</u>

UNITED STATES DISTRICT COURT

for the

District of Minnesota

Court File # 0:21-cv-00351-MJD-TNL

Randi Handwerk, on behalf of himself individually and all others similarly situated,

    Plaintiff(s),

vs.

Bayer CropScience LP, et al.,

    Defendant(s).

**AFFIDAVIT OF SERVICE**

PRO LEGAL SUPPORT SERVICES, INC.

I, Colin Livingstone, state that on February 12, 2021, at 9:58 am, I served a copy of the Class Action Complaint; Civil Cover Sheet; Summons to Nutrien Ag Solutions Inc.; Summons to Growmark Inc.; Summons to Growmark FS, LLC; Summons to Simplot AB Retail Sub, Inc.; Summons to Tenkoz, Inc.; Summons to Bayer CropScience LP; Summons to CropScience, Inc.; Summons to Corteva, Inc.; Summons to Cargill Incorporated; Summons to BASF Corporation; Summons to Syngenta Corporation; Summons to Winfield Solution, LLC; Summons to Univar Solutions, Inc.; Summons to Federated Co-Operatives Ltd.; and Summons to CHS Inc. in the above entitled action upon Federated Co-Operatives LTD. therein named, at 401 22nd St E, Saskatoon, SK S7K 0H2, by handing to and leaving with Brent Dean (Income Tax Analyst and person who stated he is authorized to accept service of process on behalf of Federated Co-Operatives LTD.) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Dated: February 16, 2021

Colin Livingstone
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com

Exhibit A, Page 3 of 3