**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

IN RE: CROP INPUTS
ANTITRUST LITIGATION

Case No. 4:21-MD-2993-SEP

**ALL CASES**

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO:     The Clerk of the Court and to All Parties and Counsel of Record:

PLEASE TAKE NOTICE THAT Reid W. Gaa is no longer an attorney at the law firm of Cotchett, Pitre & McCarthy, LLP and is hereby withdrawn as counsel Plaintiffs.  Mr. Gaa should be removed from the Court's service list with respect to this action.  The law firm of Cotchett, Pitre & McCarthy, LLP continues to represent the Plaintiffs, and all future correspondence and papers in this action should continue to be directed Joseph W. Cotchett, Adam Zapala, Elizabeth Castillo and James G. Dallal.

Dated: February 24, 2022                    COTCHETT PITRE & McCARTHY, LLP

                                            *By: /s/ Adam J. Zapala*
                                            Adam J. Zapala
                                            840 Malcolm Road, Suite 200
                                            Burlingame, CA 94010
                                            Tel: (650) 697-6000
                                            Fax: (650) 697-0577
                                            azapala@cpmlegal.com

                                            *Attorneys for Plaintiffs*