UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | ) ) ) ) | 4:21-MD-2993 SEP<br><br>**ALL CASES** |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel respectfully withdraws Lara Bach of the law firm of Weil, Gotshal & Manges LLP as counsel of record for defendant BASF Corporation ("BASF"). All other current counsel of record will continue to represent BASF and are not intended to be affected by this notice.

Dated: June 3, 2022

Respectfully submitted,

/s/ *Troy A. Bozarth*
Troy A. Bozarth
**HEPLERBROOM LLC**
130 N. Main St.
P.O. Box 510
Edwardsville, IL 62025
Tel: (618) 656-0184
tab@heplerbroom.com

David J. Lender
Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
David.Lender@weil.com
Adam.Hemlock@weil.com

*Attorneys for BASF Corporation*

WEIL:\98637915\1\22003.0019

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I electronically filed the foregoing Notice of Withdrawal as Counsel using the CM/ECF system, which will send notification of such filing to all parties of record.

*/s/ Troy A. Bozarth*
Troy A. Bozarth
