UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|   |   |   |
|---|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | ) ) ) ) ) | 4:21-MD-2993-SEP<br><br>ALL CASES |

### DEFENDANTS' RESPONSE TO
### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby respond to Plaintiffs' Notice of Supplemental Authority ("Notice"), dated September 30, 2022. Docket No. 217. The Notice provides the Court with a copy of a complaint recently filed by the U.S. Federal Trade Commission ("FTC") and various states against two of the Defendants, Syngenta Corporation and Corteva, Inc. ("FTC Complaint"). Like the previous Notice of Supplemental Authority that Plaintiffs filed about the FTC investigation, Docket No. 211, the new Notice does not provide any supplemental authority for the Court to consider. A pleading is not authority.

In any event, the FTC Complaint does not provide the Court with any information pertinent to Plaintiffs' claims. The FTC Complaint, instead, confirms that the FTC investigation was wholly unrelated to Plaintiffs' allegations in this case. In the Notice, Plaintiffs describe their allegations here as purporting to allege "'a group boycott of electronic sales platforms'," as well as "'price fixing in the manufacturing, wholesaling, and retailing of crop inputs.'" Docket No. 217 at 2 (quoting Docket No. 1). Yet the FTC Complaint does not allege an agreement among Defendants to boycott anyone, much less an agreement to boycott electronic sales platforms in particular.

Neither (and contrary to Plaintiff's representation, *id.* at 2) does the FTC Complaint allege price fixing of any sort.

The FTC itself has described its Complaint as focused on so-called "generic pesticides." FTC Press Release, *available* at https://www.ftc.gov/news-events/news/press-releases/2022/09/ftc-state-partners-sue-pesticide-giants-syngenta-corteva-using-illegal-pay-block-scheme-inflate. Specifically, the complaint, as directed at Syngenta, centers on its "loyalty program" with respect to only three crop protection products: the fungicide azoxystrobin, and the herbicides mesotrione and metolachlor. FTC Compl., Ex. A to Docket No. 217 at ¶¶ 83-115. As to Corteva, the complaint centers on its separate loyalty program with respect to three different crop protection products: the herbicides rimsulfuron and acetochlor, and the insecticide and nematicide, oxamyl. *Id.* at ¶¶ 115-156. The FTC's allegations are far afield from Plaintiffs' Complaint here, which centers on a boycott of electronic sales platforms, and names a dozen companies (at multiple levels of distribution) as defendants in addition to Syngenta and Corteva. Moreover, Plaintiffs' complaint seeks to implicate every type of crop protection product and each and every seed sold by Defendants in the U.S. (rather than the six distinct product markets that the FTC alleges). Docket No. 104 at ¶¶ 1, 3, and 8. In short, the FTC Complaint does not render the allegations here any more plausible.

Respectfully submitted,

| | |
|---|---|
| /s/ *Troy Bozarth* (with consent) | /s/ *Edwin G. Harvey (with consent)* |
| Troy A. Bozarth | Christopher M. Hohn |
| **HEPLERBROOM LLC** | Sharon B. Rosenberg |
| 130 N. Main St. | Edwin G. Harvey |
| P.O. Box 510 | **THOMPSON COBURN LLP** |
| Edwardsville, IL 62025 | One US Bank Plaza |
| Tel: (618) 656-0184 | St. Louis MO 63101 |

tab@heplerbroom.com

David J. Lender
Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
David.Lender@weil.com
Adam.Hemlock@weil.com

*Counsel for Defendant BASF Corporation*

/s/ *Eric Mahr* (with consent)
Eric Mahr
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005-3960
Tel: (202) 777-4545
Fax: (202) 777-4555
eric.mahr@freshfields.com

*Counsel for Defendant Cargill, Incorporated*

/s/ *Jason A. Leckerman*
Leslie E. John
Jason A. Leckerman
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Phone: (314) 552-6000
chohn@thompsoncoburn.com
srosenberg@thompsoncoburn.com
eharvey@thompsoncoburn.com

Jonathan I. Gleklen
Laura S. Shores
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Phone: (202) 942-5000
jonathan.gleklen@arnoldporter.com
laura.shores@arnoldporter.com

*Counsel for Defendants Bayer CropScience LP and Bayer CropScience Inc.*

/s/ *Kathy L. Osborn* (with consent)
Kathy L. Osborn
**FAEGRE DRINKER BIDDLE & REATH LLP**
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-8261
Email: kathy.osborn@faegredrinker.com

Colby Anne Kingsbury
**FAEGRE DRINKER BIDDLE & REATH LLP**
4400320 S. Canal St., Suite 3300
Chicago, IL 60606
Telephone: (312) 212-6573
Email: colby.kingsbury@faegredrinker.com

*Counsel for Defendant CHS Inc.*

/s/ *Barry S. Noeltner* (with consent)
Barry S. Noeltner
**HEYL, ROYSTER, VOELKER & ALLEN, P.C.**
Suite 100
Mark Twain Plaza III

3

Tel: (215) 665-8500
johnl@ballardspahr.com
leckermanj@ballardspahr.com

Donald M. Flack
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
**ARMSTRONG TEASDALE LLP**
Tel: 314.621.5070
dflack@atllp.com

*Counsel for Defendants Corteva, Inc.*
*and Pioneer Hi-Bred International, Inc.*


/s/ *Michael L. McCluggage* (with consent)
Michael L. McCluggage
Barack S. Echols
**EIMER STAHL LLP**
224 S. Michigan Ave.
Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
mmccluggage@eimerstahl.com
bechols@eimerstahl.com

Collin J. Vierra
**EIMER STAHL LLP**
99 South Almaden Boulevard
Suite 662
San Jose, CA 85113
Telephone: (669) 231-8755
cvierra@eimerstahl.com

*Counsel for Defendant Federated*
*Co-operatives Limited*

/s/ *G. Patrick Watson* (with consent)
G. Patrick Watson
Lindsay S. Johnson
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 West Peachtree Street NW
Suite 1400
Atlanta, Georgia 30309
(404) 572-6600

105 West Vandalia Street
Edwardsville, Illinois 62025
Telephone: 618.656.4646
PRIMARY E-SERVICE -
edwecf@heylroyster.com
SECONDARY E-SERVICE –
bnoeltner@heylroyster.com

Michael A. Lindsay (MN Lic. #0163466)
F. Matthew Ralph (MN Lic. #0323202)
Jaime Stilson (MN Lic. #0392913)
**DORSEY & WHITNEY LLP**
50 South Sixth Street Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
lindsay.michael@dorsey.com
ralph.matthew@dorsey.com
stilson.jaime@dorsey.com

*Counsel for Defendants GROWMARK, Inc.*
*and GROWMARK FS, LLC*










/s/ *Eric D. Brandfonbrener* (with consent)
Eric D. Brandfonbrener
**PERKINS COIE, LLP**
110 N. Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 324-8400
(312) 324-9400(facsimile)
ebrand@perkinscoie.com

4

(404) 572-6999 (facsimile)
patrick.watson@bclplaw.com
lindsay.johnson@bclplaw.com

Paul J. Lopach
Michael J. Hofmann
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street
Suite 4100
Denver, CO 80203
(303) 861-7000
(303) 866-0200 (facsimile)
paul.lopach@bclplaw.com
michael.hofmann@bclplaw.com

Travis H. Campbell
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
(314) 259-2020 (facsimile)
travis.campbell@bclplaw.com

*Counsel for Defendant Nutrien Ag Solutions, Inc.*

/s/ *Lee A. Peifer* (with consent)
Lee A. Peifer
James R. McGibbon
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404-853-8000
leepeifer@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com

*Counsel for Defendant Tenkoz, Inc.*

Shylah R. Alfonso
**PERKINS COIE, LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
(206) 359-3980
(206) 359-4980 (facsimile)
salfonso@perkinscoie.com

*Counsel for Defendant Simplot AB Retail Sub, Inc.*

/s/ *Paul S. Mishkin* (with consent)
Paul S. Mishkin
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: 212-450-4292
paul.mishkin@davispolk.com

Robert T. Haar – #30044MO
Jozef J. Kopchick - #67685MO
**HAAR & WOODS, LLP**
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
Telephone: (314) 241-2224
roberthaar@haar-woods.com
jkopchick@haar-woods.com

*Counsel for Defendant Syngenta Corporation*

/s/ *Craig C. Martin* (with consent)
Craig C. Martin
Matt D. Basil
**WILLKIE FARR & GALLAGHER LLP**
300 North LaSalle
Chicago, IL 60654-3406
Telephone: (312) 728-9000
cmartin@willkie.com
mbasil@willkie.com

/s/ J. Nicci Warr (with consent)
J. Nicci Warr, #59975
7700 Forsyth Boulevard, Suite 1100

/s/ *Nathan P. Eimer* (with consent)
Nathan P. Eimer
Vanessa G. Jacobsen
Brian Y. Chang
Sarah H. Catalano
**EIMER STAHL LLP**
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
neimer@eimerstahl.com
vjacobsen@eimerstahl.com
bchang@eimerstahl.com
scatalano@eimerstahl.com

*Counsel for Defendant Winfield Solutions, LLC*

St. Louis, MO 63105
Telephone: (314) 863-0800
nicci.warr@stinson.com

Alexander C. Barrett, #68695
230 West McCarty Street
Jefferson City, Missouri 65101
Telephone: (573) 636-6263
alexander.barrett@stinson.com

*Counsel for Defendant Univar Solutions Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

/s/ Jason A. Leckerman