UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) 4:21-MD-2993-SEP<br><br>RE: *Krieger et al. v. Bayer Cropscience, LP et al.,* Case No. 4:22-cv-1261 |

**STIPULATION REGARDING PROCESS FOR RESPONDING
TO *KRIEGER* COMPLAINT AND PROPOSED ORDER**

Plaintiffs Mark Krieger and Krieger Family Farms LLC (together, "Krieger Plaintiffs") and Defendants Bayer CropScience LP, Bayer CropScience Inc., Corteva, Inc., Pioneer Hi-Bred International, Inc., Cargill Incorporated, BASF Corporation, Syngenta Corporation, Winfield Solutions, LLC, Univar Solutions, Inc., Federated Co-Operatives Ltd., CHS Inc., Nutrien Ag Solutions Inc., Growmark Inc., Growmark FS, LLC, Simplot AB Retail Sub, Inc., and Tenkoz, Inc. (collectively, "Defendants"), enter into this stipulation regarding the process for Defendants' response to the complaint filed in *Krieger et al. v. Bayer Cropscience LP et al.* Case No. 4:22-cv-1261 recently transferred to this Court, subject to the Court's approval.

WHEREAS, the Krieger Plaintiffs originally filed their complaint ("Krieger Complaint") in the Southern District of Indiana, *see Krieger et al. v. Bayer Cropscience LP et al.*, 2:22-cv-229 (S.D. Ind.), ECF No. 2;

WHEREAS, the Judicial Panel on Multidistrict Litigation subsequently transferred the *Krieger* case to this District as part of multidistrict litigation proceedings already pending before this Court, *see* 4:22-MD-2993, ECF No. 229 (Conditional Transfer Order (CTO-4) dated November 28, 2022 transferring *Krieger* case), with the case assigned to this district as Case No. 4:22-cv-1261;

WHEREAS, the Krieger Complaint raises claims substantially similar to the claims in the currently operative Consolidated Amended Complaint ("CAC") in the MDL, 4:21-MD-2993 ECF No. 133;

WHEREAS, Defendants have filed motions to dismiss all claims in the CAC ("Motions"), *see* 4:21-MD-2993, ECF Nos. 141-150, including one motion applicable to all Defendants and separate motions as to certain defendants;

WHEREAS, the Motions are fully briefed and awaiting oral argument or decision from this Court; and

WHEREAS, the *Krieger* Plaintiffs, Defendants, and their counsel wish to conserve judicial resources and conduct proceedings on the Krieger Complaint in a reasonably efficient manner.

IT IS STIPULATED AS FOLLOWS:

1. All defendants named in the Krieger Complaint acknowledge receipt of service of process as of the earlier of (a) the date on which a defendant signed a waiver of service of summons, or (b) the date on which an order is entered on this Stipulation. This acknowledgment by each defendant is without prejudice to any defenses that such defendant may have, including without limitation, personal jurisdiction.

2. Subject to the Court's approval of this Stipulation, Defendants' time to answer, move, or otherwise respond to the Krieger Complaint under Federal Rule of Civil Procedure of 12 is stayed as provided below:

    a. If the Court denies the Motions in their entirety, Defendants will respond to the Krieger Complaint on the same schedule as provided for responding to the CAC (assuming that the Krieger Complaint is not consolidated with the CAC).

  b.  If the Court grants the Motions in their entirety and dismisses the CAC with prejudice, the Krieger Complaint will also be dismissed with prejudice.

  c.  If the Court grants the Motions in part and denies them in part (or grants one or more of the separate motions as to a particular defendant), the Court's order will apply with equal force to the Krieger Complaint.

  d.  If the Court grants leave to amend the CAC, the Krieger Plaintiffs may amend their complaint to the same extent as permitted for the CAC and within the same time, provided that notwithstanding anything to the contrary elsewhere herein, the Krieger Plaintiffs shall retain their rights under Fed. R. Civ. P. 15(a)(1)  If the Krieger Complaint is not consolidated with the CAC (as further amended), then Defendants will answer, move, or otherwise respond to any amended Krieger Complaint at the same time as they are required to respond to the amended CAC or at such time as is provided by the Fed. R. Civ. P., whichever is later.

WHEREFORE, the Krieger Plaintiffs and Defendants respectfully request that the Court approve this Stipulation and enter the Proposed Order.

*[Signature Pages to Follow]*

Respectfully submitted,

/s/ *Charles R. Watkins* (with consent)
Charles R. Watkins
**GUIN, STOKES & EVANS, LLC**
805 Lake Street, #226
Oak Park, IL 60301
Tel.:  (312) 878-8391
charlesw@gseaattorneys.com

David J. Guin
Tammy M. Stokes
**GUIN, STOKES & EVANS, LLC**
300 Richard Arrington Jr Blvd. N.
Title Building, Suite 600
Birmingham, AL 35203
Tel.:  (205) 226-2282
davidg@gseaattorneys.com
tammys@gseaattorneys.com

*Counsel for Plaintiffs Mark Krieger and Krieger Family Farms, LLC*

/s/ *Troy Bozarth* (with consent)
Troy A. Bozarth
**HEPLERBROOM LLC**
130 N. Main St.
P.O. Box 510
Edwardsville, IL 62025
Tel: (618) 656-0184
tab@heplerbroom.com

David J. Lender
Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
David.Lender@weil.com
Adam.Hemlock@weil.com

*Counsel for Defendant BASF Corporation*

/s/ *Eric Mahr* (with consent)
Eric Mahr
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005-3960
Tel: (202) 777-4545
Fax: (202) 777-4555
eric.mahr@freshfields.com

*Counsel for Defendant Cargill, Incorporated*

/s/ *Edwin G. Harvey*
Christopher M. Hohn
Sharon B. Rosenberg
Edwin G. Harvey
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis MO 63101
Phone: (314) 552-6000
chohn@thompsoncoburn.com
srosenberg@thompsoncoburn.com
eharvey@thompsoncoburn.com

Jonathan I. Gleklen
Laura S. Shores
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Phone: (202) 942-5000
jonathan.gleklen@arnoldporter.com
laura.shores@arnoldporter.com

*Counsel for Defendants Bayer CropScience LP and Bayer CropScience Inc.*

/s/ *Kathy L. Osborn* (with consent)
Kathy L. Osborn
**FAEGRE DRINKER BIDDLE & REATH LLP**
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-8261
Email: kathy.osborn@faegredrinker.com

Colby Anne Kingsbury
**FAEGRE DRINKER BIDDLE & REATH LLP**
311 S. Wacker Dr., #4400
Chicago, IL 60606
Telephone: (312) 212-6573
Email: colby.kingsbury@faegredrinker.com

*Counsel for Defendant CHS Inc.*

/s/ *Jason Leckerman* (with consent)
Leslie E. John
Jason A. Leckerman
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 665-8500
johnl@ballardspahr.com
leckermanj@ballardspahr.com

Donald M. Flack
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
**ARMSTRONG TEASDALE LLP**
Tel: 314.621.5070
dflack@atllp.com

*Counsel for Defendants Corteva, Inc.*
*and Pioneer Hi-Bred International, Inc.*

/s/ *Michael L. McCluggage* (with consent)
Michael L. McCluggage
Barack S. Echols
**EIMER STAHL LLP**
224 S. Michigan Ave.
Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
mmccluggage@eimerstahl.com
bechols@eimerstahl.com

Collin J. Vierra
**EIMER STAHL LLP**
99 South Almaden Boulevard
Suite 662
San Jose, CA 85113
Telephone: (669) 231-8755
cvierra@eimerstahl.com

*Counsel for Defendant Federated*
*Co-operatives Limited*

/s/ *Barry S. Noeltner* (with consent)
Barry S. Noeltner
**HEYL, ROYSTER, VOELKER &**
**ALLEN, P.C.**
Suite 100
Mark Twain Plaza III
105 West Vandalia Street
Edwardsville, Illinois 62025
Telephone: 618.656.4646
PRIMARY E-SERVICE -
edwecf@heylroyster.com
SECONDARY E-SERVICE –
bnoeltner@heylroyster.com

Michael A. Lindsay (MN Lic. #0163466)
F. Matthew Ralph (MN Lic. #0323202)
Jaime Stilson (MN Lic. #0392913)
**DORSEY & WHITNEY LLP**
50 South Sixth Street Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
lindsay.michael@dorsey.com
ralph.matthew@dorsey.com
stilson.jaime@dorsey.com

*Counsel for Defendants GROWMARK, Inc.*
*and GROWMARK FS, LLC*

/s/ *G. Patrick Watson* (with consent)
G. Patrick Watson
Lindsay S. Johnson
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 West Peachtree Street NW
Suite 1400
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999 (facsimile)
patrick.watson@bclplaw.com
lindsay.johnson@bclplaw.com

Paul J. Lopach
Michael J. Hofmann
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street
Suite 4100
Denver, CO 80203
(303) 861-7000
(303) 866-0200 (facsimile)
paul.lopach@bclplaw.com
michael.hofmann@bclplaw.com

Travis H. Campbell
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
(314) 259-2020 (facsimile)
travis.campbell@bclplaw.com

***Counsel for Defendant Nutrien Ag Solutions, Inc.***

/s/ *Eric D. Brandfonbrener* (with consent)
Eric D. Brandfonbrener
**PERKINS COIE, LLP**
110 N. Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 324-8400
(312) 324-9400(facsimile)
ebrand@perkinscoie.com

Shylah R. Alfonso
**PERKINS COIE, LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
(206) 359-3980
(206) 359-4980 (facsimile)
salfonso@perkinscoie.com

***Counsel for Defendant Simplot AB Retail Sub, Inc.***

/s/ *Paul S. Mishkin* (with consent)
Paul S. Mishkin
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: 212-450-4292
paul.mishkin@davispolk.com

Robert T. Haar – #30044MO
Jozef J. Kopchick - #67685MO
**HAAR & WOODS, LLP**
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
Telephone: (314) 241-2224
roberthaar@haar-woods.com
jkopchick@haar-woods.com

***Counsel for Defendant Syngenta Corporation***

/s/ *Lee A. Peifer* (with consent)
Lee A. Peifer
James R. McGibbon
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404-853-8000
leepeifer@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com

***Counsel for Defendant Tenkoz, Inc.***

/s/ *Nathan P. Eimer* (with consent)
Nathan P. Eimer
Vanessa G. Jacobsen
Brian Y. Chang
Sarah H. Catalano
**EIMER STAHL LLP**
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
neimer@eimerstahl.com
vjacobsen@eimerstahl.com
bchang@eimerstahl.com
scatalano@eimerstahl.com

***Counsel for Defendant Winfield Solutions, LLC***

/s/ *Craig C. Martin* (with consent)
Craig C. Martin
Matt D. Basil
**WILLKIE FARR & GALLAGHER LLP**
300 North LaSalle
Chicago, IL 60654-3406
Telephone: (312) 728-9000
cmartin@willkie.com
mbasil@willkie.com

/s/ *J. Nicci Warr* (with consent)
J. Nicci Warr, #59975
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 863-0800
nicci.warr@stinson.com

Alexander C. Barrett, #68695
230 West McCarty Street
Jefferson City, Missouri 65101
Telephone: (573) 636-6263
alexander.barrett@stinson.com

***Counsel for Defendant Univar Solutions Inc.***

**ORDER**

Pursuant to the Stipulation by the Krieger Plaintiffs and Defendants filed in the above-captioned action, ECF No. 231 , and for good cause shown, IT IS HEREBY ORDERED that the Krieger Plaintiffs and Defendants shall be bound by the terms of said Stipulation.

DATE: December 12, 2022

_____
The Honorable Sarah E. Pitlyk
United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing document was served on all counsel of record via the Court's e-filing system on this 9th day of December, 2022.

                                      /s/ *Edwin G. Harvey*