## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | ) ) ) ) ) ) CASE NO. 4:21-md-02993-SEP<br><br>ALL CASES |

### NOTICE OF WITHDRAWAL AS COUNSEL

COMES NOW Kimberly M. Bousquet of the law firm Thompson Coburn LLP and hereby withdraws her appearance as counsel of record for Defendants Bayer CropScience L.P. and Bayer CropScience Inc. Christopher M. Hohn, Sharon B. Rosenberg, Edwin G. Harvey, and Erick E. VanDorn remain as counsel of record for Defendants Bayer CropScience L.P. and Bayer CropScience Inc.

Respectfully Submitted,

/s/ *Kimberly M. Bousquet*
Christopher M. Hohn
Sharon B. Rosenberg
Edwin G. Harvey
Erick E. VanDorn
Kimberly M. Bousquet
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis MO 63101
Phone: (314) 552-6000
chohn@thompsoncoburn.com
srosenberg@thompsoncoburn.com
eharvey@thompsoncoburn.com
evandorn@thompsoncoburn.com
kbousquet@thompsoncoburn.com

*Counsel for Defendants Bayer CropScience LP and Bayer CropScience Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2023, I electronically filed the foregoing Notice of Withdrawal as Counsel using the CM/ECF system, which will send notification of such filing to all parties of record.

      /s/ *Kimberly M. Bousquet*