UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE CROP INPUTS ANTITRUST LITIGATION | Case No. 4:21-MD-2993 SEP<br><br>ALL CASES |

NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Travis H. Campbell is no longer an attorney at the law firm of Bryan Cave Leighton Paisner LLP and is withdrawn as counsel for Defendant Nutrien Ag Solutions, Inc. ("Nutrien") in this litigation. Mr. Campbell should be removed from the Court's service list with respect to this action. Attorneys G. Patrick Watson, Lindsay Sklar Johnson, Paul Lopach, Michael Hofmann, and Luke Westerman of Bryan Cave Leighton Paisner LLP remain as counsel of record for Nutrien.

Dated: January 27, 2023

Respectfully submitted,

/s/ *Lindsay Sklar Johnson*
G. Patrick Watson
Lindsay S. Johnson
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 West Peachtree Street NW
Suite 1400
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999 (facsimile)
patrick.watson@bclplaw.com
lindsay.johnson@bclplaw.com

Paul J. Lopach
Michael J. Hofmann
Luke Westerman
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street
Suite 4100
Denver, CO 80203
(303) 861-7000

(303) 866-0200 (facsimile)
paul.lopach@bclplaw.com
michael.hofmann@bclplaw.com
luke.westerman@bclplaw.com

***Counsel for Defendant Nutrien Ag Solutions, Inc.***

## CERTIFICATE OF SERVICE

I, Lindsay Sklar Johnson, hereby certify that on January 27, 2023, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ *Lindsay Sklar Johnson*
Lindsay Sklar Johnson