U.S. DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION <br><br> ALL CASES | ) <br> ) 4:21-MD-2993-SEP <br> ) <br> ) MDL No. 2993 <br> ) |

**MOTION TO WITHDRAW BARACK S. ECHOLS AS ATTORNEY OF RECORD**

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves for an order withdrawing Barack S. Echols as counsel of record for Defendant Federated Co-operatives Limited ("FCL") in the above-referenced actions. FCL will continue to be represented by the undersigned attorneys at Eimer Stahl LLP.

Dated: March 14, 2023

Respectfully submitted,

By: *Michael L. McCluggage*
EIMER STAHL LLP
Michael L. McCluggage
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Tel.: 312-660-7600
Fax: 312-692-1718
mmccluggage@eimerstahl.com

Collin J. Vierra
99 South Almaden Boulevard, Suite 600
San Jose, California 95113
Tel.: 669-231-8755
Fax: 312-692-1718
cvierra@eimerstahl.com

*Attorneys for Defendant Federated Co-operatives Limited*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2023, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

By: *Michael L. McCluggage*
EIMER STAHL LLP
Michael L. McCluggage
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Tel.: 312-660-7600
Fax: 312-692-1718
mmccluggage@eimerstahl.com

Collin J. Vierra
99 South Almaden Boulevard, Suite 600
San Jose, California 95113
Tel.: 669-231-8755
Fax: 312-692-1718
cvierra@eimerstahl.com

*Attorneys for Defendant Federated Co-operatives Limited*